UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SOLOMON WASHINGTON | CIVIL ACTION |
| VERSUS | NO. 14-2394 |
| NATHAN BURL CAIN, WARDEN | SECTION "N"(4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Solomon Washington's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction as it relates to proceedings in Washington Parish Case Number 290523 and as time-barred as it relates to Washington Parish Case Number 302559.

New Orleans, Louisiana, this 30th day of April, 2015.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE