UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SOLOMON WASHINGTON | CIVIL ACTION |
| VERSUS | NO. 14-2394 |
| NATHAN BURL CAIN, WARDEN | SECTION "N"(4) |

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the respondent, Warden Nathan Burl Cain, and against the petitioner, Solomon Washington, dismissing Washington's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 with prejudice for lack of subject matter jurisdiction as it relates to proceedings in Washington Parish Case Number 290523 and as time-barred as it relates to Washington Parish Case Number 302559.

New Orleans, Louisiana, this 30th day of April, 2015.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE