IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 15-30405

_____

SOLOMON WASHINGTON,

    Petitioner - Appellant

v.

BURL CAIN, WARDEN, LOUISIANA STATE PENITENTIARY,

    Respondent - Appellee

**A True Copy**
Certified order issued Jun 17, 2015

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

CLERK'S OFFICE:

    Under FED R. APP. P. 42(b), the appeal is dismissed as of June 17, 2015, pursuant to appellant's motion.

        LYLE W. CAYCE
        Clerk of the United States Court
        of Appeals for the Fifth Circuit

        By: _____
        Sabrina B. Short, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT